# United States Court of Appeals
## For the First Circuit

No. 15-1320

NAJAS REALTY, LLC; PETRA BUILDING CORPORATION,

Plaintiffs, Appellants,

v.

SEEKONK WATER DISTRICT; ROBERT BERNARDO, individually and in his capacity as the Superintendent of the Seekonk Water District,

Defendants, Appellees,

CHRISTOPHER HALKYARD, in his capacity as member of the Seekonk Water Board; CHRISTINE ALLEN, in her capacity as member of the Seekonk Water Board; PHILLIP CAMPBELL, in his capacity as member of the Seekonk Water Board; JOHN DOES 1-10; JANE ROES 1-10; XYZ CORPORATIONS 1-10,

Defendants.

**ERRATA SHEET**

The opinion of this Court issued on May 2, 2016 is amended as follows:

On page 5, line 9, change "Selectman" to "Selectmen".

On page 14, footnote 10, line 9, change "pay back" to "payback".